No. 801. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES *v.* UNITED AIR LINES, INC. C. A. 6th Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for petitioner. *H. Templeton Brown, Robert L. Stern* and *Stuart Bernstein* for respondent. 

No. 846. TEXTILE WORKERS UNION OF AMERICA *v.* DARLINGTON MANUFACTURING CO. ET AL.; and

No. 874. NATIONAL LABOR RELATIONS BOARD *v.* DARLINGTON MANUFACTURING CO. ET AL. C. A. 4th Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. MR. JUSTICE STEWART and MR. JUSTICE GOLDBERG took no part in the consideration or decision of these petitions. *Patricia Eames* for petitioner in No. 846. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for the National Labor Relations Board, respondent in No. 846 and petitioner in No. 874. *Thornton H. Brooks* for Darlington Manufacturing Co., and *Stuart N. Updike, John R. Schoemer, Jr., John Lord O'Brian* and *Hugh B. Cox* for Deering Milliken, Inc., respondents in both cases. Reported below: 325 F. 2d 682.

No. 898. SINGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Sidney Dorfman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.